UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

Case Number:  0:16-cv-62862

GREAT WHITE FLEET LTD.

       Plaintiff,

       vs

*M/V TIGER* her engines, tackle, etc.,
*in rem*; POLE POSITION SHIPPING
LIMITED; JOHANN M.K. BLUMENTHAL
GmbH & Co. KG, and RENTA REEDIERI
GmbH, *in personam,*

       Defendants.

**PLAINTIFF'S VERIFIED ADMIRALTY COMPLAINT FOR ARREST OF VESSEL
AND FOR MARITIME ATTACHMENT AND GARNISHMENT**

Plaintiff, by and through its attorneys, Tomaselli & Co., as and for its Complaint against the Defendants, allege, upon information and belief, as follows:

**JURISDICTION**

1.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 United States Code § 1333.

**THE PARTIES**

2.  Plaintiff GREAT WHITE FLEET LTD. (hereinafter "GWF") was, and still is, a corporation organized and existing by virtue of the law of a state or country other than Florida with an office and place of business located at c/o Codan Services Limited, Claredon House, 2

Church Street Hamilton, Bermuda, and was the charterer of the *M/V TIGER* as more specifically described below.

3.      At all material times, *in personam* defendant POLE POSITION SHIPPING LIMITED (hereinafter "POLE") was and is a foreign corporation or other business entity with a place of business located at c/o Johann M.K. Blumenthal GmbH & Coo KG Palmaille 120 22767 Hamburg Germany and was and is the owner and / or charterer and/or operator of the *M/V TIGER.*

4.      At all material times, *in personam* defendant JOHANN M.K. BLUMENTHAL GmbH & Co. KG (hereinafter "JOHANN") was and is a foreign corporation or other business entity with a place of business located at Palmaille 120, 22767 Hamburg, Germany, and was and is the owner and / or charterer and/or operator of the *M/V TIGER*.

5.      At all material times, *in personam* defendant RENTA REEDIERI GmbH (hereinafter "RENTA") was and is a foreign corporation or other business entity with a place of business located at Palmaille 120, 22767 Hamburg, Germany, and was and is the owner and / or charterer and/or operator of the *M/V TIGER*.

6.      At all material times defendant, the *M/V TIGER*, was and is an ocean-going container vessel built in 2005, Liberia flagged, call sign A8XH8, 207 meters LOA, 25,756 gross tons, IMO number 9307841 and is engaged in the common carriage of cargoes on the high seas and is currently, or soon will be, within the jurisdiction of this Honorable Court.

### RELEVANT FACTS

7.      On or about September 2, 2015 GWF entered into a BIMCO Boxtime 2004 charter party with Pole Position Shipping Limited for the hire of the M/V TIGER for a period not to exceed 13 months. A true and correct copy of the time charter is attached hereto as "Exhibit A."

8.  The charter party terms were for the vessel to deliver to GWF on or about September 24, 2015 and redeliver twelve or thirteen months later at charterer's option.

9.  The vessel delivered to GWF with on September 24, 2015 in Almirante, Panama.

10. The vessel redelivered from GWF to Pole on October 2, 2016 in Puerto Barrios, Guatemala.

11. Pursuant to the charter party, a final accounting was to be done after redelivery and payment is to be made by the appropriate party within 30 days.

12. The final accounting of the charter indicates that the Vessel and her Owner's expenses for necessaries, fuel and services to the vessel that GWF paid for were $141,022.83.

13. Pursuant to the charter party, Owners and the Vessel owe $141,022.83 to GWF.

14. Despite due demand, no payment has been made to GWF for the amount owing.

15. The defendants' failure to pay the sums due and owing to plaintiff is not result from any act or omission on the part of plaintiff, but to the contrary, is the result in whole or in part, of the breach of contract and/or negligence on the part of the defendants. Breach of a charter party gives rise to a maritime lien that can be enforced in admiralty by *in rem* proceeding.

16. By reason of the foregoing, plaintiffs have sustained damages in the total amount of $141,022.83 or as near thereto as currently can be determined, plus expenses, no part of which has been paid, although duly demanded.

17.     In accordance with the terms and conditions of the relevant charter party referred to therein, plaintiffs has, or will soon be, initiating arbitration proceedings against the defendants in Hamburg, Germany to obtain an arbitration award the for damages sustained herein.

18.     Plaintiff brings this action to obtain security for its claims against the defendants in arbitration in Hamburg, Germany, as provided by the U.S. Arbitration Act, 9 U.S.C. § 8.

WHEREFORE, Plaintiff prays:

    A.     That process in due form of law issue against Defendants, citing them to appear and answer under oath all and singular matters alleged in the Complaint;

    B.     That since Defendants, POLE POSITION SHIPPING LIMITED, JOHANN M.K. BLUMENTHAL GmbH & Co KG, and RENTA REEDIERI GmbH, cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of the Court to issue Process of Maritime Attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching the *M/V TIGER*, its engines tackle and apparel, for amounts due and owing to the Plaintiff, in the amount of $141,022.83 calculated to date to secure the plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint; or

    C.     Alternatively, that a warrant of arrest in due form of law according to the practice of this Honorable Court in cases within the admiralty and maritime jurisdiction be issued against the *M/V TIGER*, her engines, boilers, tackle, etc. as provided in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure to enforce plaintiff's claims against the *M/V TIGER in rem*, and that all person having an interest in and to said vessel be cited to appear and answer under oath all and singular the aforesaid;

      D.      That this Court issue an Order recognizing and enforcing any final judgment rendered by a Hamburg, Germany Arbitrators in Plaintiff's favor for the monies owed and the claims herein;

      E.      That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof; and

      F.      That Plaintiff has such other and further relief as the Court may deem just and proper.

## VERIFICATION

This 5th day of December 2016, I, John J. Tomaselli, declare under penalty of perjury and pursuant to the laws of the United States that:

1.      I personally prepared the foregoing Verified Complaint in Intervention and state that the contents thereof are true to the best of my knowledge based upon information and documentation supplied to me by the plaintiff, Great White Fleet Ltd., by and through its New York counsel, Messrs. Casey & Barnett LLC.   No officer of the plaintiff is available to verify this pleading because of the exigencies of obtaining the relief requested given the ship's sailing schedule and the location of all officers of the plaintiff in Germany.

2.      I have been authorized to sign this Verification on behalf of Plaintiff Great White Fleet Ltd. by its counsel, Casey & Barnett.

3.      Pursuant to 28 U.S.C. §1746 I declare that the foregoing is true.

State of Florida                                  <u>s/s John J. Tomaselli</u>
County of Broward                         John J. Tomaselli

Dated: 6 December 2016

          TOMASELLI & CO.

    By: /s/ John J. Tomaselli
John J. Tomaselli, Esq.
     Florida Bar: 0872570
     1500 Cordova Road
     Suite 202
     Fort Lauderdale, Florida   33316
     Tel: 954 761 8004
     Fax: 212 214 018
     Email: tcolaw@att.net

    and

    CASEY & BARNETT, LLC

    By:  /s/ Christopher M. Schierloh
     Christopher M. Schierloh, Esq.
     305 Broadway, Suite 1202
     New York, New York 1007
     Tel: 212 286 0225
     Fax: 212 286 0261
     Email: cms@caseybarnett.com

    Attorneys for Plaintiff Great White Fleet, Ltd.